AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

Broadcast Music, Inc., et al

V.

Dollywood, Inc. d/b/a The Chalet at Dollywood, and
Dorothy M. Sypek, individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 30096 MAP**



TO: (Name and address of Defendant)
Dorothy M. Sypek
321 High Street
Holyoke, MA 01040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. Strong
Amy C. Mainelli
Kotin, Crabtree & Strong LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                           5-17-04

CLERK                                                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and co...

| NAME OF SERVER *(PRINT)* | |

*Check one box below to inc...*

☐ Served personally u...

☐ Left copies thereof...
   discretion then resi...
   Name of person wit...

☐ Returned unexecute...

☐ Other (specify):

...on of suitable age and

TRAVEL | | TOTAL $0.00

I declare und...
contained in the Retur...  ...hat the foregoing information

Executed on _____

UNITED STATES DISTRICT COURT
District of Massachusetts
Docket/Case No: 0430096MAP

I hereby certify and return that today, May 27, 2004, at 6:19 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Dorothy M. Sypek, by giving in hand to Dorothy M. Sypek. Said service was effected at: 13 View Street, Chicopee, MA 01020.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 27, 2004. Total Fees: $62.82

Scott D. Goodkowsky, Constable
& Disinterested Person over Age 18
**CONSTABLES' OFFICE**
6 Center Street
Chicopee, MA, 01013-2601
(413) 592-8100 , (413) 592-3700 Fax

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.