AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

Broadcast Music, Inc. et al

**SUMMONS IN A CIVIL ACTION**

V.

Dollywood, Inc. d/b/a The
Chalet at Dollywood, and
Dorothy M. Sypek, individually

CASE NUMBER:

**04 30096 MAP**

TO: (Name and address of Defendant)

Dollywood, Inc. d/b/a The Chalet at Dollywood
C/o Registered Agent for Service
Sheila L. Mulholland
17 Hampden Street
Springfield, MA 01103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William S. Strong
Amy C. Mainelli
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY _____                                                       5-17-04

CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summo | |

NAME OF SERVER (PR

*Check one box bel*

☐ Served pe

☐ Left copie
discretion

Name of p

☐ Returned

☐ Other (sp

ith a person of suitable age and

TRAVEL

S

| | TOTAL |
|---|---|
| | $0.00 |

I d
contained in

America that the foregoing information
ct.

Executed on

UNITED STATES DISTRICT COURT
District of Massachusetts
Docket/Case No: 0430096MAP

I hereby certify and return that today, May 26, 2004, at 4:24 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Dollywood, Inc. d/b/a The Chalet at Dollywood, by giving in hand to Dashima M. Washington, Office Manager of Registered Agent Sheila L. Mulholland, Esquire. Said service was effected at: Law Offices of Sheila L. Mulholland, 1391 Main Street, Suite 822, Springfield, MA 01103.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 26, 2004.

Scott D. Goodkowsky, Constable
& Disinterested Person over Age 18.    Total Fees: $69.46
CONSTABLES OFFICE
6 Center Street
Chicopee, MA, 01013-2601
(413) 592-8100 , (413) 592-3700 Fax

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.