UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION AT SPRINGFIELD

| | |
|---|---|
| BROADCAST MUSIC, INC.; COTILLION MUSIC, INC.; BONO COLLECTION TRUST, MARY BONO as Trustee d/b/a CHRIS MARC MUSIC; CARL PERKINS MUSIC, INC.; THREE WISE BOYS MUSIC, LLC; SONY/ATV SONGS LLC; ALLEY MUSIC CORP.; TRIO MUSIC CO., INC.; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; PRONTO MUSIC, a division of COTILLION MUSIC, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; LLEE CORPORATION; UNICHAPPELL MUSIC, INC., JAY-BOY MUSIC CORP.; EMI BLACKWOOD MUSIC, INC.; WARNER-TAMERLANE PUBLISHING CORP.; ITAAL SHUR d/b/a ITAAL SHUR MUSIC; BIDNIS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOLLYWOOD, INC. d/b/a THE CHALET AT DOLLYWOOD and DOROTHY M. SYPEK, individually,<br><br>    Defendants. | Civil Action No.:04-30096MAP |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiffs hereby dismiss this action, with prejudice.

Respectfully submitted:

Date: 8-4-04

BROADCAST MUSIC, INC., et al,
Plaintiffs,

By their attorneys,

*/s/ Amy C. Mainelli*
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts  02114
Tel: (617) 227-7031
Fax: (617) 367-2988

2